IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHRISTOPHER D. HOLMES**                                           **PETITIONER**

**V.**                                     **CIVIL ACTION NO.: 4:18CV110-MPM-RP**

**WARDEN C. RIVERS**                                                **RESPONDENT**

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered today, the instant petition is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust available administrative remedies.

**SO ORDERED** this 2nd day of July, 2018.

                                                                      /s/ Michael P. Mills
                                                                      UNITED STATES DISTRICT JUDGE